HAROLD JACOBOWITZ *v.* WARDEN, STATE PRISON

The petitioner Harold Jacobowitz' petition for certification for appeal from the Appellate Court, 21 Conn. App. 823, is denied.

*John R. Williams,* in support of the petition.

*Kevin T. Kane,* assistant state's attorney, in opposition.

Decided June 14, 1990

STATE OF CONNECTICUT *v.* GLEN CLINKSCALES

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 411, is denied.

*Jeffrey L. Fisher,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided June 21, 1990

JUDITH VINCENT *v.* LITCHFIELD FARMS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 524, is denied.

*William F. Gallagher,* in support of the petition.

*Elizabeth C. Black,* in opposition.

Decided June 21, 1990

HOWARD T. GILLIS *v.* MARY P. GILLIS

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 549, is denied.

*Donald McPartland,* in support of the petition.

*Maureen Danehy Cox,* in opposition.

Decided June 21, 1990